## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Nareshm, Inc.**
2995 Manorview Lane
Alpharetta, GA 30004

**20–3975739**

Case No.: **19–59679–pmb**
Chapter: **7**
Judge: **Paul Baisier**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_Paul Baisier_
Paul Baisier
United States Bankruptcy Judge

Dated:  August 23, 2019
Form 184